# William Castro

| | |
|---|---|
| 502 Park Avenue, Suite 7E | Admitted in New York |
| New York, New York 10022 | New York Registration No. 2330074 |
| (305) 898-3716 | 2nd, 3rd, 4th, 6th, and 9th Circuit Courts of Appeals |
| wmcastronyatty@gmail.com | SDNY, EDNY, DMd |

September 10, 2024

Hon, Sarah L. Cave
United states Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Application GRANTED. Mental health evaluation and treatment as directed by PTS is added as a condition of Ms. Guy's release.
>
> SO ORDERED.
>
> *[signature]*
> USMJ 9/10/2024

**Re:** *United States v. Gina Guy*, case no. 24-mj- 2386-UA
Unopposed Letter Motion Requesting Modification of Pretrial Release Order

Dear Judge Cave,

I am herein requesting a modification of a condition relating to Ms. Guy's original pretrial release order issued on June 25, 2024 [DE4], to wit: that Ms. Guy receive mental health counseling. Pretrial Services in the District of New Jersey can refer Ms. Guy for such treatment but will need to have a mental health treatment condition added to her existing bail conditions in order for Pretrial Services to cover the cost of the services (since Ms. Guy has no insurance of her own at this time). The added condition should read as follows: "Mental health evaluation/treatment as directed by Pretrial Services".

1

I have conferred with Assistant United States Attorneys Diarra Guthrie and she indicated no objection to Ms. Guy receiving mental health treatment. In all other respects, Ms. Guy's conditions of pretrial release will remain the same.

Sincerely,

William Castro
Attorney for Gina Guy

Cc: AUSA Diarra Guthrie
    AUSA Lauren Phillips
    US Pretrial Services Officer Ashley Cosme
    DNJ Intensive Supervision Specialist Andrew Dziopa